UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZACK RILEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 3:18-cv-00630 |
| | )   CHIEF JUDGE CRENSHAW |
| NASHVILLE METRO TRANSIT | ) |
| AUTHORITY, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the Court grant Nashville Metro Transit Authority's ("Metro") Motion to Dismiss (Doc. No. 8) and dismiss the action with prejudice. (Doc. No. 15.) Riley has filed an untimely response to the R&R, arguing that he did not receive notice of the R&R and requesting it be dismissed. In addition to being untimely, Riley's assertion that he did not receive notice of the R&R is belied by the record, which indicates that the January 2, 2019 R&R was mailed to him by regular mail. (See Doc. No. 15.) Accordingly, to the extent that Riley's response constitutes an objection to the R&R, such objection is **DENIED**. After a de novo review of the record, the Court agrees that Metro's instant motion should be granted, and the action dismissed with prejudice. The Report and Recommendation (Doc. No. 15) is **ADOPTED**.

Accordingly, Metro's Motion to Dismiss (Doc. No. 8) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE